**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

**CASE NO.: 3:20-cv-02692-MCR-MJF**

STEVEN LAMONT MARKOS,

    Plaintiff,

v.

FLOAT MY BOAT RENTALS LLC AND
CAPTAIN CLEVER MARKETING, LLC,

    Defendants.

## DECLARATION OF WILLIAM HOLLIMON

I, William Hollimon, declare and say:

1. I am an attorney licensed in the State of Florida and in the United States District Court for the Northern District of Florida.

2. I have practiced law for 25 years.

3. I have no interests in or conflicts with the parties or the outcome of this case.

4. I have reviewed the billing rates in the Declaration of Joel B. Rothman [DE – 9 – 02] and find the rates reasonable.

5. The billing rate for a managing partner with more than twenty years' experience of $475 per hour is reasonable in the local prevailing rates. 0.2 hours is a reasonable amount of time for a managing partner to spend on a default judgment such as this.

6. The billing rate for a partner in practice more than ten years of $450 per hour is reasonable in the local prevailing rates. 0.1 hours is a reasonable amount of time for a senior partner to spend on a default judgment such as this.

2

7.	The billing rate of an Associate Attorney with five years experience of $325 per hour is reasonable in the local prevailing rates. 10.9 hours is a reasonable amount of time for the primary attorney handling the file to spend on a default judgment such as this.

8.	The billing rate of a paralegal of $200 per hour is reasonable in the local prevailing rates. 11.8 hours is a reasonable amount of time for all paralegals combined to spend on a default judgment such as this

I declare under perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on July 28, 2021 at Tallahassee, Florida.


*/s/ William Hollimon*
William Hollimon